**P.K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq. (CSB# 151358)
*pks@pksllp.com*
Tami Kay Lee, Esq. (CSB# 224092)
*tkl@pksllp.com*
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:  (626) 974-8403

Attorneys for Defendants,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO
INSURANCE POLICY NUMBERS SS0002114/2730 AND SS0002115/2566

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware Limited Liability Company,, <br><br> Plaintiff, <br><br> vs. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO INSURANCE POLICY NUMBERS SS0002114/2730 AND SS0002115/2566, unknown persons or business entities of unknown residence, <br><br> Defendants. | Case No.: 2:18-CV-1107-JFW(GJSx) <br> Hon. John F. Walter <br><br> **JOINT JUDGMENT GRANTING DEFENDANTS CERTAIN UNDERWRITERS' MOTION FOR SUMMARY JUDGMENT** <br><br><br> **Date:** **September 24, 2018** <br> **Time:** **1:30 p.m.** <br> **Courtroom:** **7A** <br><br> PTC Date: November 9, 2018 <br> Trial Date: November 27, 2018 |

DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S LONDON

SUBSCRIBING TO INSURANCE POLICY NUMBERS SS0002114/2730 AND

SS0002115/2566's ("Underwriters") motion for summary judgment as to plaintiff,

BRIGHTON COLLECTIBLES, LLC's ("Brighton" or "plaintiff") entire

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:  (626) 974-8403
www.pksllp.com

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

complaint alleging a first, second and third causes of action for breach of contract, declaratory relief, and "bad faith" was set for consideration before the Court on September 24, 2018 at 1:30 p.m.

After considering the moving, opposition and reply briefs, and the evidence submitted by the parties, this Court finds that there are no genuine issues of material fact as to any of the claims set forth in plaintiff's Complaint.

Therefore, Underwriters are entitled to judgment in their favor and against plaintiff in this action as to plaintiff's entire complaint as a matter of law.

**IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Defendants Certain Underwriters at Lloyd's, London Who Subscribe to Policy Numbers SS0002114/2730 and SS0002115/2566's Motion for Summary Judgment is **GRANTED**.

2. Plaintiff's entire Complaint is dismissed, with prejudice.

3. Judgment is entered against plaintiff.

4. Award of costs according to proof pursuant to Rule 54(d)(1) to defendants Certain Underwriters at Lloyd's, London Who Subscribe to Policy Numbers SS0002114/2730 and SS0002115/2566 .

**IT IS SO ORDERED.**

Dated: October 4, 2018

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**JOINT JUDGMENT GRANTING DEFENDANTS UNDERWRITERS'
MOTION FOR SUMMARY JUDGMENT**